FILED: February 14, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1051
(5:21-cv-00171-JPB)

_____

ANDREW KING

       Plaintiff - Appellant

v.

JASON K. UTT, individually and in his capacity as agent and employee of the
City of New Martinsville; FRIEND ESTEP, individually and in his capacity as
agent and employee of the City of New Martinsville; CITY OF NEW
MARTINSVILLE, a West Virginia political subdivision

       Defendants - Appellees

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge

requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Diaz, Judge Thacker, and Judge

Rushing.

For the Court

/s/ Patricia S. Connor, Clerk